

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00613-CR

Travis Michael **QUICK**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR9098
The Honorable Laura Lee Parker, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED June 13, 2018.

_____
Karen Angelini, Justice